| PROB 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* |
|---|---|---|
| | **TRANSFER OF JURISDICTION** | 02-00034-001 |
| | | DOCKET NUMBER *(Rec. Court)* |
| | | 2:07cr 320-MHT |

2007 DEC 12 A 9:18

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: | DISTRICT | DIVISION |
|---|---|---|
| Jermaine Bradley smith  DRA P. HACKETT, U.S. DISTRICT COURT MIDDLE DISTRICT ALA | Southern District of Alabama | Mobile |
| | NAME OF SENTENCING JUDGE | |
| | Granade | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 1/06/2006 — TO 1/05/2009 |

**OFFENSE**

Prohibited Person In Possession of Firearms

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE "SOUTHERN DISTRICT OF ALABAMA"

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Middle District of Alabama upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

10-2-07
*Date*

*Callie V.S. Granade*
*Chief United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

12/6/2007
*Effective Date*

*United States District Judge*

FILED DEC 10 '07 PM 12:19 USDC ALP

Certified to be a true and correct copy of the original.
Charles R. Diard, Jr.
U.S. District Court
Southern District of Alabama
By Claire Roberts
Deputy Clerk
Date 12-10-07

44