

AFLIV:gp

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | CRIMINAL NO. 02-6 0034-CG |
| | * | |
| v. | * | USAO NO. 02R00092 |
| | * | |
| JERMAINE BRADLEY SMITH | * | VIOLATIONS: |
| | * | 18 USC § 922(u) |
| | * | 18 USC § 922(g)(1) |

INDICTMENT

**The Grand Jury Charges:**

COUNT ONE

On or about February 24, 2002, in the Southern District of Alabama, Southern Division, the defendant

**JERMAINE BRADLEY SMITH**

did knowingly and unlawfully steal, take and carry away from the person or the premises of a person licensed to engage in the business of dealing in firearms, firearms in the licensee's inventory that had been shipped and transported in interstate or foreign commerce. More specifically, Defendant **SMITH** did knowingly and unlawfully steal, take and carry away from the premises of Capital Gun & Pawn, Prichard, Alabama, which holds a license to engage in the business of dealing in firearms, firearms in Capital Gun & Pawn's inventory, namely: two (2) Mossberg 12 gauge, pump shotguns, Serial Numbers L591803 and H747863, which had been shipped and transported in interstate commerce.

Certified to be a true and correct copy of the original.
Charles R. Diard, Jr.
U.S. District Court
Southern District of Alabama
By Claire Roberts
Deputy Clerk
Date 12·10·07

In violation of Title 18, United States Code, Section 922(u).

## COUNT TWO

On or about February 24, 2002, in the Southern District of Alabama, Southern Division, the defendant

### JERMAINE BRADLEY SMITH

having been convicted of a crime punishable by imprisonment for a term exceeding one (1) year, to-wit: Manslaughter, on March 10, 1995, in Mobile County, Alabama, Circuit Court Case No. CC-93-2467, did knowingly possess, in and affecting commerce, two (2) firearms, namely, two Mossberg 12 gauge shotguns, Serial Numbers L591803 and H747863.

In violation of Title 18, United States Code, Section 922(g)(1).

A TRUE BILL

_____
FOREMAN, UNITED STATES GRAND JURY
SOUTHERN DISTRICT OF ALABAMA

DAVID P. YORK
UNITED STATES ATTORNEY
by:

_____
Alex F. Lankford, IV
Assistant U.S. Attorney

_____   FEBRUARY 2002
Gina S. Vann
Assistant U.S. Attorney
Chief, Criminal Division

2

AO 245B (Rev. 9/00) Judgment in a Criminal Case: Sheet 1

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>V. | JUDGMENT IN A CRIMINAL CASE<br>(For Offenses Committed On or After November 1, 1987) |
| JERMAINE BRADLEY SMITH | CASE NUMBER: 1:02-CR-00034-001 |
| THE DEFENDANT: | Carlos A. Williams, Esquire<br>Defendant's Attorney |

FILED JUL 17 '02 AM 10:34 USDCALS

(X) pleaded guilty to count _2 of the Indictment on 4/23/02_.
( ) pleaded nolo contendere to count(s) __ which was accepted by the court.
( ) was found guilty on count(s) __ after a plea of not guilty.

ACCORDINGLY, the court has adjudicated that the defendant is guilty of the following offense(s):

| Title & Section | Nature of Offense | Date Offense Concluded | Count No.(s) |
|---|---|---|---|
| 18 U.S.C. § 922(g)(1) | Prohibited person in possession of firearms. | 02/24/2002 | 2 |

   The defendant is sentenced as provided in pages 2 through _5_ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

( ) The defendant has been found not guilty on count(s) __.
(X) Count _1_ is dismissed on the motion of the United States.

   IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

| | |
|---|---|
| Defendant's Social Security No.: 6878 | July 15, 2002 |
| Defendant's Date of Birth: /1976 | Date of Imposition of Judgment |
| Defendant's U.S.M. No.: 08051-003 | |
| Defendant's Residence Address: | Callie V. S. Granade |
| 166 North Pine Street | CALLIE V. S. GRANADE |
| Mobile, AL 36602 | UNITED STATES DISTRICT JUDGE |
| Defendant's Mailing Address: | |
| 166 North Pine Street | 7-16-02 |
| Mobile, AL 36602 | Date |

Certified to be a true and correct copy of the original.
Charles R. Diard, Jr.
U.S. District Court
Southern District of Alabama
By Ceaire Roberts
Deputy Clerk
Date 12-10-07

25

Judgment 2

AO 245B (Rev. 9/00) Judgment in a Criminal Case: Sheet 2 - Imprisonment

Defendant: **JERMAINE BRADLEY SMITH**
Case Number: **1:02-CR-00034-001**

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of **FORTY-TWO (42) MONTHS as to Count 2 of the Indictment**

( )   **Special Conditions:**

(X)   **The court makes the following recommendations to the Bureau of Prisons:**
That the defendant be incarcerated in an institution where a residential, comprehensive, substance abuse program is available, and that the defendant be given mental health treatment while incarcerated.

(X)   The defendant is remanded to the custody of the United States Marshal.

( )   The defendant shall surrender to the United States Marshal for this district:
   ( )   at ____ a.m./p.m. on ____.
   ( )   as notified by the United States Marshal.

( )   The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
   ( )   before 2 p.m. on ____.
   ( )   as notified by the United States Marshal.
   ( )   as notified by the Probation or Pretrial Services Office.

U.S. DISTRICT COURT
SOU. DIST. ALA.
FILED THIS THE
____ DAY OF ____
____, JUDGEMENT ENTRY ____
NO. _10929-B_
CHARLES R. DIARD, JR., CLE[RK]
BY ____
DEPUTY CLERK

## RETURN

I have executed this judgment as follows:

_____
_____
_____

Defendant delivered on _____ to _____ at _____

with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By_____
Deputy U.S. Marshal

Judgment 3

AO 245B (Rev. 9/00) Judgment in a Criminal Case: Sheet 3 - Supervised Release

Defendant: JERMAINE BRADLEY SMITH
Case Number: 1:02-CR-00034-001

# SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of __3 years__.

(X) Special Conditions:
1) The defendant shall participate in a program of testing and treatment for drug and/or alcohol abuse as directed by the Probation Office; 2) The defendant shall participate in a program of mental health treatment as directed by the Probation Office.

*For offenses committed on or after September 13, 1994:* The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as directed by the probation officer.

( ) The above drug testing condition is suspended based on the court's determination that the defendant poses a low risk of future substance abuse. (Check, if applicable)

(X) **The defendant shall not possess a firearm, destructive device, or any other dangerous weapon.**

If this judgment imposes a fine or a restitution obligation, it shall be a condition of supervised release that the defendant pay any such fine or restitution that remains unpaid at the commencement of the term of supervised release in accordance with the Schedule of Payments set forth in the Criminal Monetary Penalties sheet of this judgment. The defendant shall report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

**The defendant shall not commit another federal, state or local crime.**
**The defendant shall not illegally possess a controlled substance.**
**The defendant shall comply with the standard conditions that have been adopted by this court (Probation Form 7a).**
**The defendant shall also comply with the additional conditions on the attached page (if applicable).**

> See Page 4 for the
> **"STANDARD CONDITIONS OF SUPERVISION"**

Judgment 4

AO 245B (Rev. 9/00) Judgment in a Criminal Case: Sheet 3 - Supervised Release
Defendant: JERMAINE BRADLEY SMITH
Case Number: 1:02-CR-00034-001

# SUPERVISED RELEASE

## STANDARD CONDITIONS OF SUPERVISION

1) the defendant shall not leave the judicial district without the permission of the court or probation officer;

2) the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;

3) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;

4) the defendant shall support his or her dependents and meet other family responsibilities;

5) the defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons;

6) the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;

7) the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;

8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;

9) the defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer;

10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;

11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;

12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;

13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement;

14) the defendant shall cooperate, as directed by the probation officer, in the collection of DNA, if applicable, under the provisions of 18 U.S.C. §§ 3563(a)(9) and 3583(d) for those defendants convicted of qualifying offenses.

Judgment 5

AO 245B (Rev. 9/00) Judgment in a Criminal Case: Sheet 5, Part A - Criminal Monetary Penalties

Defendant: **JERMAINE BRADLEY SMITH**
Case Number: **1:02-CR-00034-001**

### CRIMINAL MONETARY PENALTIES

The defendant shall pay the following total criminal monetary penalties in accordance with the schedule of payments set forth on Sheet 5, Part B.

|  | Assessment | Fine | Restitution |
|---|---|---|---|
| **Totals:** | $100.00 | | |

( )   The determination of restitution is deferred until _____. An Amended Judgment in a Criminal Case (AO 245C) will be entered after such a determination.

If the defendant makes a partial payment, each payee shall receive an approximately proportional payment unless specified otherwise in the priority order or percentage payment column below. (or see attached) However, pursuant to 18 U.S.C. § 3644(i), all non-federal victims must be paid in full prior to the United States receiving payment.

( )   The defendant shall make restitution to the following payees in the amounts listed below.

| **Name(s) and Address(es) of Payee(s)** | ***Total Amount of Loss** | **Amount of Restitution Ordered** | **Priority Order or % of Payment** |
|---|---|---|---|
| **TOTALS:** | $ | $ | |

( )   If applicable, restitution amount ordered pursuant to plea agreement.   $

( )   The defendant shall pay interest on any fine or restitution of more than $2,500, unless the fine or restitution is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 5, Part B may be subject to penalties for default, pursuant to 18 U.S.C. § 3612(g).

( )   The court determined that the defendant does not have the ability to pay interest and it is ordered that:
   ( )   The interest requirement is waived for the ( ) fine and/or   ( ) restitution.
   ( )   The interest requirement for the   ( ) fine and/or   ( ) restitution is modified as follows:

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18, United States Code, for offenses committed on or after September 13, 1994 but before April 23, 1996.

Judgment 6

AO 245B (Rev. 9/00) Judgment in a Criminal Case: Sheet 5, Part B - Schedule of Payments

Defendant: JERMAINE BRADLEY SMITH
Case Number: 1:02-CR-00034-001

# SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties shall be due as follows:

A    (X) Lump sum payment of $ __100.00__ due immediately, balance due

     ( ) not later than _____ , or
     ( ) in accordance with ( ) C, ( ) D, or ( ) E below; or

B    ( ) Payment to begin immediately (may be combined with ( ) C, ( ) D, or ( ) E below); or

C    ( ) Payment in ____ (e.g., equal, weekly, monthly, quarterly) installments of $ ____ over a period of ____ (e.g., months or years), to commence ____ (e.g., 30 or 60 days) after the date of this judgment; or

D    ( ) Payment in ____ (e.g., equal, weekly, monthly, quarterly) installments of $ ____ over a period of ____ (e.g., months or years), to commence ____ (e.g., 30 or 60 days) after release from imprisonment to a term of supervision; or

E    ( ) Special instructions regarding the payment of criminal monetary penalties:

Unless the court has expressly ordered otherwise in the special instructions above, if this judgment imposes a period of imprisonment payment of criminal monetary penalties shall be due during the period of imprisonment. All criminal monetary penalty payments, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are to be made to the clerk of court, unless otherwise directed by the court, the probation officer, or the United States attorney.

The defendant will receive credit for all payments previously made toward any criminal monetary penalties imposed.

( )    **Joint** and Several:
( )    The defendant shall pay the cost of prosecution.
( )    The defendant shall pay the following court cost(s):
( )    The defendant shall **forfeit** the defendant's interest in the following property to the United States:

**Payments shall be applied in the following order: (1) assessment; (2) restitution principal; (3) restitution interest, (4) fine principal; (5) community restitution, (6) fine interest (7) penalties, and (8) costs, including cost of prosecution and**

# U.S. District Court
## Southern District of Alabama (Mobile)
## CRIMINAL DOCKET FOR CASE #: 1:02-cr-00034-CG-M-1
## Internal Use Only

Case title: USA v. Smith
Magistrate judge case number: 1:02-mj-00031

Date Filed: 02/27/2002
Date Terminated: 02/23/2007

Assigned to: Chief Judge Callie V.S. Granade
Referred to: Magistrate Judge Bert W. Milling, Jr

**Defendant (1)**

**Jermaine Bradley Smith**
*TERMINATED: 02/23/2007*

represented by **Carlos A. Williams**
Federal Defender's Office
Southern District of Alabama
2 South Water Street, 2nd Floor
Mobile, AL 36602
(251) 433-0910
Fax: (251) 433-0686
Email: carlos_williams@fd.org
*TERMINATED: 07/17/2002*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

**Peter J. Madden**
Federal Defender's Office
Southern District of Alabama
2 S. Water St., 2nd Floor
Mobile, AL 36602
251-433-0910
Fax: 2514330686
Email: peter_madden@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

Certified to be a true and correct copy of the original.
Charles R. Diard, Jr.
U.S. District Court
Southern District of Alabama
By: Claire Roberts
Deputy Clerk
Date: 12-10-07

**Pending Counts**

**Disposition**

| | |
|---|---|
| 18:922N.F TRANSPORT FIREARMS INTERSTATE BY FELON<br>(2) | IMPRISONMENT: 42 Mos.; recommendation to BOP that dft be incarcerated in institution where residential, comprehensive substance abuse program is available, & that the dft be given mental health treatment while incarcerated; dft is REMANDED to USM; SR T: 3 Yrs.; Special Conditions: dft shall participate in drug &/or alcohol testing & treatment as directed by USPO; dft shall prarticipate in mental health treatment as directed by USPO; SA: $100 due immediately |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| 18:922U.F STEALING A FIREARM FROM A LICENSED DEALER<br>(1) | DISMISSED on Govt's motion |

**Highest Offense Level (Terminated)**

Felony

| **Complaints** | **Disposition** |
|---|---|
| None | |

Assigned to: Chief Judge Callie V.S. Granade
Referred to: Magistrate Judge Bert W. Milling, Jr

**Defendant (1)**

| **Jermaine Bradley Smith** | represented by | **Peter J. Madden**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Public Defender or Community Defender Appointment* |
|---|---|---|

| **Pending Counts** | | **Disposition** |
|---|---|---|

| | |
|---|---|
| 18:922N.F TRANSPORT FIREARMS INTERSTATE BY FELON<br>(2) | IMPRISONMENT: 42 Mos.; recommendation to BOP that dft be incarcerated in institution where residential, comprehensive substance abuse program is available, & that the dft be given mental health treatment while incarcerated; dft is REMANDED to USM; SR T: 3 Yrs.; Special Conditions: dft shall participate in drug &/or alcohol testing & treatment as directed by USPO; dft shall prarticipate in mental health treatment as directed by USPO; SA: $100 due immediately |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| 18:922U.F STEALING A FIREARM FROM A LICENSED DEALER<br>(1) | DISMISSED on Govt's motion |

**Highest Offense Level (Terminated)**

Felony

| **Complaints** | **Disposition** |
|---|---|
| None | |

**Plaintiff**

| | | |
|---|---|---|
| **United States of America**<br>*TERMINATED: 03/08/2007* | represented by | **Alex F. Lankford, IV**<br>U.S. Attorney's Office<br>63 S. Royal St., Rm. 600<br>Mobile, AL 36602<br>(251) 441-5845<br>Fax: 2514415051<br>Email: alex.lankford@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**E. T. Rolison, Jr.**<br>U.S. Attorney's Office<br>63 S. Royal St., Rm. 600<br>Mobile, AL 36602 |

(334) 441-5845  
Fax: 2514415277  
Email: elmond.rolison@usdoj.gov  
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 02/26/2002 | 1 | COMPLAINT as to Jermaine Bradley Smith ( signed by Mag. Judge William E. Cassady ) [ 1:02-m -31 ] (eec) (Entered: 02/26/2002) |
| 02/26/2002 | 2 | Bench WARRANT issued as to Jermaine Bradley Smith ( signed by Mag. Judge William E. Cassady ) and given to USM for service [ 1:02-m -31 ] (eec) (Entered: 02/26/2002) |
| 02/27/2002 | 3 | INDICTMENT as to Jermaine Bradley Smith (1) count(s) 1, 2, STEALING FIREARMS FROM A LICENSED DEALER; POSSESSION OF A FIREARM BY A CONVICTED FELON (Government Attorney Alex F. Lankford IV) (cwr) (Entered: 02/28/2002) |
| 03/05/2002 | 4 | CJA 23 FINANCIAL AFFIDAVIT filed in open court by Jermaine Bradley Smith (clr) (Entered: 03/07/2002) |
| 03/05/2002 |  | ARREST of Jermaine Bradley Smith (clr) (Entered: 03/07/2002) |
| 03/05/2002 |  | (Court only) **Added for Jermaine Bradley Smith Attorney Carlos A. Williams (clr) (Entered: 03/07/2002) |
| 03/06/2002 | 5 | ORDER ON Initial appearance as to Jermaine Bradley Smith (Defendant informed of rights.) ; Detention Hearing set for 10:30 3/8/02 for Jermaine Bradley Smith ( Signed by Mag. Judge Bert W. Milling Jr. 3/5/02) Copies to USM, USA, Prob, P/T, Deft's Atty 3/7/02 (clr) (Entered: 03/07/2002) |
| 03/06/2002 |  | Arraignment as to Jermaine Bradley Smith held (clr) (Entered: 03/07/2002) |
| 03/06/2002 | 6 | ORDER ON ARRAIGNMENT as to Jermaine Bradley Smith setting Jury Trial for 8:45 5/6/02 for Jermaine Bradley Smith ; Pretrial Motions due on 4/3/02 for Jermaine Bradley Smith ; POC with Probation Officer Marc Seibert on 1:30 3/28/02 for Jermaine Bradley Smith ; Pretrial Conference for 10:30 4/11/02 for Jermaine Bradley Smith ; ( Signed by Mag. Judge Bert W. Milling Jr. 3/5/02) Copies to USM, USA, Prob, P/T, Deft's Atty 3/7/02 (clr) (Entered: 03/07/2002) |
| 03/06/2002 | 7 | ORDER OF TEMPORARY DETENTION as to Jermaine Bradley Smith Detention Hearing set for 10:30 3/8/02 for Jermaine Bradley Smith ( Signed by Mag. Judge Bert W. Milling Jr. 3/5/02) Copies to USM, USA, Prob, P/T, Deft's Atty 3/7/02 (clr) (Entered: 03/07/2002) |
| 03/08/2002 | 8 | MOTION by USA as to Jermaine Bradley Smith for Detention hearing , referred to Mag. Judge Bert W. Milling Jr. as to Jermaine Bradley Smith (1) (mbp) (Entered: 03/13/2002) |

| | | |
|---|---|---|
| 03/08/2002 | | Detention hearing as to Jermaine Bradley Smith. Hrg. reset 3/21/02 9:00 for counsel to review Deft's history and mental health records. Tape/Scanner: 615/3087-4770 (clr) (Entered: 03/18/2002) |
| 03/12/2002 | 9 | ORDER OF TEMPORARY DETENTION as to Jermaine Bradley Smith Detention Hearing set for 9:00 3/21/02 for Jermaine Bradley Smith ( Signed by Mag. Judge Bert W. Milling Jr. ); copies mailed/faxed 3/13/02; copy hand delivered to USM 3/13/02 (mbp) (Entered: 03/13/2002) |
| 03/20/2002 | 10 | MOTION by Jermaine Bradley Smith to Continue detention hearing , referred to Mag. Judge Bert W. Milling Jr. as to Jermaine Bradley Smith (1) (cwr) (Entered: 03/21/2002) |
| 03/21/2002 | 11 | ORDER as to Jermaine Bradley Smith GRANTING [10-1] motion to Continue detention hearing set Detention Hearing for 9:30 3/22/02 ( Signed by Mag. Judge Bert W. Milling Jr. 3/21/02)Copies to USA, P/T, Deft's Atty 3/25/02 (clr) (Entered: 03/25/2002) |
| 03/22/2002 | | Detention hearing as to Jermaine Bradley Smith held in Bankruptcy Court. Hearing continued to 3/27/02. Court Reporter: Billee Sase (479-1818) (clr) Modified on 03/26/2002 (Entered: 03/25/2002) |
| 03/22/2002 | 12 | MEMORANDUM by Jermaine Bradley Smith in support of Deft's motion for release pending trial filed in open court; referred to M/J Milling (clr) (Entered: 03/26/2002) |
| 03/25/2002 | 13 | ORDER as to Jermaine Bradley Smith. At the time of the hrg. on 3/22/02, counsel for Deft filed a motion for Deft's immediate release with supporting brief. The Court determined that the Gov't should be given an opportunity to file a written response to it and, therefore, continued the dtn. hrg. until 3/27/02 at 2:00 p.m. Gov't is to file a written response nlt noon that day.( Signed by Mag. Judge Bert W. Milling Jr. 3/22/02) Copies to USM, USA, Prob, P/T, Deft's Atty 3/26/02 (clr) (Entered: 03/26/2002) |
| 03/25/2002 | 14 | ORDER OF TEMPORARY DETENTION as to Jermaine Bradley Smith Detention Hearing set for 2:00 3/27/02 for Jermaine Bradley Smith ( Signed by Mag. Judge Bert W. Milling Jr. 3/22/02) Copies to USM, USA, Prob, P/T,Deft's Atty 3/26/02 (clr) (Entered: 03/26/2002) |
| 03/27/2002 | | Evaluation as to Jermaine Bradley Smith received and placed in Criminal Safe (cwr) (Entered: 03/27/2002) |
| 03/27/2002 | | Detention hearing as to Jermaine Bradley Smith held before Judge Milling - COR entered Tape/Scanner: 626 1860-3450 (mbp) (Entered: 03/28/2002) |
| 03/27/2002 | 15 | ORDER Setting Conditions of Release as to Jermaine Bradley Smith denying [8-1] motion for Detention; third-party custodian Joyce Smith ( Signed by Mag. Judge Bert W. Milling Jr. ); copies distributed in court 3/27/02 (mbp) (Entered: 03/28/2002) |

| | | |
|---|---|---|
| 03/27/2002 | | (Court only) **Location LR as to Jermaine Bradley Smith (mbp) (Entered: 03/28/2002) |
| 04/05/2002 | 16 | USM return filed showing Bench Warrant Returned Executed as to Jermaine Bradley Smith on 3/5/02 (cwr) (Entered: 04/05/2002) |
| 04/10/2002 | 17 | NOTICE OF RULING as to Jermaine Bradley Smith GRANTING [12-1] Memorandum in Support of Dft's Motion for Release Pending Trial (signed by Mag. Judge Bert W. Milling Jr.) (copies to AUSA, Dft's Attny, Prob, P/T & USM on 4/10/02) (tot) (Entered: 04/10/2002) |
| 04/11/2002 | 18 | ORDER as to Jermaine Bradley Smith, setting Change of Plea Hearing for 9:00 4/22/02 for Jermaine Bradley Smith Judge Callie V. Granade . Deft. to plead to ct. 2. Pretrial conference scheduled for 4/11/02 is cancelled. Parties are to notify undersigned immediately should deft. not plead. (signed by Mag. Judge Bert W. Milling Jr. ) copies to counsel, USM, P/T, Prob. & Deft. (mab) (Entered: 04/11/2002) |
| 04/11/2002 | | (Court only) **Terminated deadlines as to Joyce Smith, Jermaine Bradley Smith, USA (mab) (Entered: 04/11/2002) |
| 04/22/2002 | | Deadline updated as to Jermaine Bradley Smith, reset Change of Plea Hearing for 10:30 4/23/02 for Jermaine Bradley Smith before Judge Callie V. Granade (mab) (Entered: 04/22/2002) |
| 04/22/2002 | 19 | PETITION and ORDER by USA for Writ of Habeas Corpus ad prosequendum as to Jermaine Bradley Smith for GP hearing 4/23/02 at 10:30 a.m. (mab) (Entered: 04/22/2002) |
| 04/22/2002 | 20 | WRIT of Habeas Corpus ad Prosequendum issued as to Jermaine Bradley Smith. Change of Plea set for 10:30 4/23/02 for Jermaine Bradley Smith before Judge Callie V. Granade ( signed by Mag. Judge Kristi D. Lee ) certified copies issued to USM, copies to counsel (mab) Modified on 04/22/2002 (Entered: 04/22/2002) |
| 04/23/2002 | 21 | Plea Agreement w/factual resume as to Jermaine Bradley Smith filed in open Court; copies to USA and Prob. (mab) (Entered: 04/23/2002) |
| 04/23/2002 | | Change of Plea Hearing as to Jermaine Bradley Smith held before Judge Callie V. Granade Court Reporter: Roy Isbell (mab) (Entered: 04/23/2002) |
| 04/23/2002 | | Deadline updated as to Jermaine Bradley Smith, set Sentencing for 1:00 7/15/02 for Jermaine Bradley Smith before Judge Callie V. Granade (mab) (Entered: 04/23/2002) |
| 04/24/2002 | 22 | ORDER ON GUILTY PLEA as to Jermaine Bradley Smith Guilty Plea: Jermaine Bradley Smith count 2. Deft. to remain in custody. Sentence set on 7/15/02 for Jermaine Bradley Smith before Judge Callie V. Granade; Court Reporter: Roy Isbell ( Signed by Judge Callie V. Granade ) copies to counsel, USM, P/T, Prob. & Deft. (mab) (Entered: 04/24/2002) |

| 04/24/2002 | | (Court only) **Terminated deadlines as to Joyce Smith, Jermaine Bradley Smith, USA (mab) (Entered: 06/14/2002) |
|---|---|---|
| 04/25/2002 | 23 | ORDER OF DETENTION as to Jermaine Bradley Smith, deft. is to be detained pending sentencing. ( Signed by Judge Callie V. Granade ), copies to counsel, USM, P/T, Prob. & Deft. (mab) (Entered: 04/25/2002) |
| 04/25/2002 | | (Court only) **Location LC as to Jermaine Bradley Smith (mab) (Entered: 04/25/2002) |
| 07/03/2002 | 24 | POSITION of USA regarding sentencing factors as to Jermaine Bradley Smith w/o objections (tot) (Entered: 07/08/2002) |
| 07/08/2002 | | Sentencing notice mailed as to Jermaine Bradley Smith (mab) (Entered: 07/08/2002) |
| 07/15/2002 | | Sentencing Hearing as to Jermaine Bradley Smith held, and appeals checklist furnished to counsel Court Reporter: Roy Isbell (mab) (Entered: 07/15/2002) |
| 07/17/2002 | 25 | JUDGMENT (Sentence Imposed: 7/15/02) Jermaine Bradley Smith (1) count(s) 2 - IMPRISONMENT: 42 Mos.; recommendation to BOP that dft be incarcerated in institution where residential, comprehensive substance abuse program is available, & that the dft be given mental health treatment while incarcerated; dft is REMANDED to USM; SRT: 3 Yrs.; Special Conditions: dft shall participate in drug &/or alcohol testing & treatment as directed by USPO; dft shall prarticipate in mental health treatment as directed by USPO; SA: $100 due immediately; Jermaine Bradley Smith (1) count(s) 1 - DISMISSED on Govt's motion (Signed by Judge Callie V. Granade) JEOD: 7/18/02; M/E #10929-B (copies to AUSA, Dft's Attny, Financial, Prob & P/T on 7/18/02; 4 cert. copies to USM on 7/18/02) (tot) (Entered: 07/18/2002) |
| 07/14/2003 | 26 | Judgment Returned Executed as to Jermaine Bradley Smith on 06-12-03. (bgs, ) (Entered: 07/14/2003) |
| 10/02/2006 | 27 | Report of Offender Under Supervision as to Jermaine Bradley Smith - RECOMMENDED BY PROB. AND APPROVED BY COURT THAT NO ACTION BE TAKEN AT THIS TIME. Signed by Judge Callie V. S. Granade on 9/28/06. (cwr, ) (Entered: 10/03/2006) |
| 11/13/2006 | 28 | Petition/Order filed by Probation for Warrant as to Jermaine Bradley Smith . Signed by Judge Callie V. S. Granade on 11/8/06. (cwr,) (Entered: 11/14/2006) |
| 11/13/2006 | 29 | *SEALED* Probation Warrant Issued in case as to Jermaine Bradley Smith and given to USM for service. Jermaine Bradley Smith (1) (cwr, ) (Entered: 11/14/2006) |
| 11/16/2006 | 30 | NOTICE OF ATTORNEY APPEARANCE E. T. Rolison, Jr appearing for USA. (Rolison, E.) (Entered: 11/16/2006) |

| 12/01/2006 | 31 | ORDER to Produce Jermaine Bradley Smith to appear on Monday, December 4, 2006 at 2:00 p.m. for Initial Appearance and Preliminary Hearing in Courtroom 1A. Signed by Judge Sonja F. Bivins on 12/1/2006. (mab) (Entered: 12/01/2006) |
|---|---|---|
| 12/04/2006 | 32 | Rule 5(c)(3) Documents Received as to Jermaine Bradley Smith - 1)Docket sheet; 2) Courtroom minutes of 11/20/06; 3) Waiver of Rule 32.1 hearings; 4) order of remand to USM for transfer to the So.Dist.of ALa. (cwr) (Entered: 12/04/2006) |
| 12/04/2006 |  | Minute Entry for proceedings held before Judge Sonja F. Bivins :Initial Appearance re Revocation of supervised release as to Jermaine Bradley Smith held on 12/4/2006 Appearance entered by Peter J. Madden for Jermaine Bradley Smith on behalf of defendant. FTR Digital Audio Recording. (mjn, ) (Entered: 12/04/2006) |
| 12/05/2006 | 33 | CJA 23 Financial Affidavit by Jermaine Bradley Smith (mjn, ) (Entered: 12/05/2006) |
| 12/05/2006 | 34 | WAIVER of Preliminary Examination or Hearing by Jermaine Bradley Smith (mjn, ) (Entered: 12/05/2006) |
| 12/08/2006 | 35 | ORDER APPOINTING FEDERAL PUBLIC DEFENDER Peter J. Madden for Jermaine Bradley Smith appointed. Signed by Judge Sonja F. Bivins on 12/4/06. (mjn, ) (Entered: 12/08/2006) |
| 12/08/2006 | 36 | Order on Initial Appearance for Revocation of Supervised Release as to Jermaine Bradley Smith (Defendant informed of rights) Final Hearing re: Revocation of Supervised Release set for 12/14/2006 10:00 AM in Courtroom 2C before Senior Judge Charles R. Butler Jr. Signed by Judge Sonja F. Bivins on 12/4/06. (mjn, ) (Entered: 12/08/2006) |
| 12/12/2006 |  | Set/Reset Deadlines/Hearings as to Jermaine Bradley Smith: Final Hearing re: Revocation of Supervised Release set for 12/14/2006 10:00 AM in Courtroom 2B before Chief Judge Callie V. S. Granade. (mjn, ) (Entered: 12/12/2006) |
| 12/12/2006 | 37 | NOTICE OF HEARING as to Jermaine Bradley Smith: Final Hearing re: Revocation of Supervised Release RESCHEDULED for 10:30 a.m. on 12/14/2006 in Courtroom 2B before Chief Judge Callie V. S. Granade. (mab) (Entered: 12/12/2006) |
| 12/14/2006 |  | Minute Entry for proceedings held before Judge Callie V. S. Granade:Matter came on for a Final Hearing re Revocation of Supervised Release as to Jermaine Bradley Smith on 12/14/06. Continued on motion of deft. to 1/18/07 at 1:00 p.m. Court Reporter Roy Isbell. (mab) (Entered: 12/14/2006) |
| 12/14/2006 | 38 | WAIVER of Final Revocation Hearing by Jermaine Bradley Smith filed in open court. (mab) (Entered: 12/14/2006) |

| | | |
|---|---|---|
| 12/14/2006 | 39 | ORDER as to Jermaine Bradley Smith, granting the defendant's oral motion to continue the revocation, and RESCHEDULING hearing for 1/18/2007 at 1:00 PM in Courtroom 2B before Chief Judge Callie V. S. Granade. The defendant shall remain in custody until the hearing on January 18, 2007, pending further order of the court. In the event that an appropriate facility is located, the Probation Office shall submit a report for the court's approval.The U.S. Marshal is ORDERED to produce defendant for the January 18, 2007 hearing.Signed by Judge Callie V. S. Granade on 12/14/2006. (mab) (Entered: 12/14/2006) |
| 12/14/2006 | 40 | Probation Warrant Returned Executed on 11/17/06 as to Jermaine Bradley Smith. (cwr) (Entered: 12/15/2006) |
| 01/17/2007 | 41 | MOTION Postponement by Jermaine Bradley Smith. (Madden, Peter) Additional attachment(s) added on 1/17/2007 (mab, ). (Entered: 01/17/2007) |
| 01/17/2007 | 42 | ORDER granting 41 Unopposed Motion to Postpone Hearing as to Jermaine Bradley Smith, and RESCHEDULING revocation hearing for Friday, February 23, 2007 at 10:00 a.m. Signed by Judge Callie V. S. Granade on 01/17/2007. (mab) (Entered: 01/17/2007) |
| 02/08/2007 |  | Reset Hearings as to Jermaine Bradley Smith: Final Hearing re: Revocation of Supervised Release set for 2/23/2007 10:00 AM in Courtroom 2B before Chief Judge Callie V. S. Granade. (mab) (Entered: 02/08/2007) |
| 02/23/2007 |  | Minute Entry for proceedings held before Judge Callie V. S. Granade:Final Hearing re Revocation of Supervised Release as to Jermaine Bradley Smith held on 2/23/2007. Court Reporter Roy Isbell. (mab) (Entered: 02/23/2007) |
| 03/08/2007 | 43 | JUDGMENT ON REVOCATION OF SUPERVISED RELEASE TERM as to Jermaine Bradley Smith, Sentence Imposed 2/23/07; Imprisonment: 8 Months; Dft is REMANDED to the USM; SRT: 12 Months w/special conditions that dft participate in a program of testing & treatment for drug &/or alcohol abuse as directed by the Probation Office & that the dft participate in a program of mental health counseling as directed by the Probation Office. Signed by Judge Callie V. S. Granade on 3/8/07. (tot) (Entered: 03/08/2007) |
| 12/10/2007 | 44 | Probation Jurisdiction Transferred to Middle District of Alabama as to Jermaine Bradley Smith Transmitted Transfer of Jurisdiction form, with certified copies of indictment, judgment and docket sheet. (cwr) (Entered: 12/10/2007) |