# United States District Court

for

## Middle District of Alabama

### Petition for Warrant or Summons for Offender Under Supervision

RECEIVED
2008 JUL 15 P 3:12
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Name of Offender: JERMAINE BRADLEY SMITH                       Case Number: 2:07cr320-MHT

Name of Sentencing Judicial Officer: The Honorable Callie V.S. Granade, Chief U. S. District Judge - AL/S

Name of Assigned Judicial Officer: The Honorable Myron H. Thompson, U. S. District Judge

Date of Original Sentence: July 15, 2002; February 23, 2007, Revoked

Original Offense: 18 U.S.C. § 922(g)(1) - Felon in Possession of a Firearm

Original Sentence: 42 months custody, 3 years TSR; Revoked, sentenced to 8 months custody, 12 months TSR

Type of Supervision: Supervised Release                       Date Supervision Commenced: July 16, 2007

Assistant U.S. Attorney: Louis V. Franklin, Sr.               Defense Attorney: Kevin L. Butler

## PETITIONING THE COURT

[ X ]   To issue a warrant
[   ]   To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| #1–Mandatory Condition: "The defendant shall not commit another federal, state or local crime." | On July 14, 2008, an arrest warrant was issued by the Montgomery Municipal Court charging Smith with Domestic Violence, 3rd Degree (Harassment). According to the Deposition, on July 13, 2008, Smith and his wife got into an argument at which time he choked her, punched her in the face, kicked her about her legs, and pressed a "sword" against her chest. On July 15, 2008, the probation officer photographed the victim's injuries to include a bruised left eye, right leg, and left thigh, as well as a puncture mark about her left chest. |

U.S. Probation Officer Recommendation:

[X]   The term of supervision should be
    [X]   revoked.
    [ ]   extended for _ years, for a total term of _ years.

[ ]   The conditions of supervision should be modified as follows:

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 15, 2008

Alfred K. Lancaster
Senior U.S. Probation Officer

APPROVED

David Ron Thweatt
Supervisory U.S. Probation Officer

THE COURT ORDERS:

[ ]   No Action
[ ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   Other

_____
Signature of Judicial Officer

_____
Date