**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

July 21, 2008

# NOTICE OF CORRECTION

**From:** Clerk's Office

**Case Style:** United States of America vs. Jermaine Bradley Smith

**Case Number:** 2:07cr320-MHT
re: Document #10   Sealed Order

**This Notice of Correction was filed in the referenced case this date to notify that Document #10 (Sealed Order) was filed in this case in error, please disregard this entry.**