IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CR. NO. 2:07cr320-MHT |
| ) | |
| JERMAINE BRADLEY SMITH ) | |

## **ORDER**

On July 21, 2008, the Magistrate Judge held a preliminary and detention hearings in the above-styled case. Based on the evidence adduced at the hearing, the Magistrate Judge concludes that there is probable cause to believe that the defendant committed the offense charged in the Petition. Therefore, the defendant is bound over to the district court for a revocation hearing.

In addition, the court has determined that, based upon the evidence before it, defendant has not carried his burden of establishing that he will not pose a danger to any other person or the community pending the revocation hearing.

The revocation hearing will be set by separate order.

DONE, this 22nd day of July, 2008.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
CHIEF UNITED STATES MAGISTRATE JUDGE