IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO. |
| | ) | 2:07cr320-MHT |
| **JERMAINE BRADLEY SMITH** | ) | |

### ORDER

It is ORDERED that the revocation petition against defendant Jermaine Bradley Smith (Doc. No. 3) is set for an evidentiary hearing on August 19, 2008, at 10:00 a.m. at the Frank M. Johnson, Jr. United States Courthouse Complex, Courtroom 2FMJ, One Church Street, Montgomery, Alabama.

DONE, this the 22nd day of July, 2008.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**