IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. <u>2:07-cr-320-MHT</u> |
| | ) | |
| JERMAINE BRADLEY SMITH | ) | |

## **<u>UNITED STATES' NOTICE OF APPEARANCE</u>**

Comes now the undersigned Assistant United States Attorney for the Middle District of Alabama, Susan R. Redmond, and enters her notice of appearance on behalf of the United States, in the above-styled cause.

Respectfully submitted this the 8th day of August, 2008.

                                                      LEURA G. CANARY
                                                     UNITED STATES ATTORNEY

                                                     s/Susan R. Redmond
                                                   SUSAN R. REDMOND
                                                   Assistant United States Attorney
                                                   131 Clayton Street
                                                   Montgomery, AL 36104
                                                   Phone: (334)223-7280
                                                   Fax: (334)223-7138
                                                   E-mail: susan.redmond@usdoj.gov

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:07-cr-320-MHT |
| | ) | |
| JERMAINE BRADLEY SMITH | ) | |

CERTIFICATE OF SERVICE

I hereby certify that on August 8, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Federal Defenders Office.

Respectfully submitted,

s/Susan R. Redmond
SUSAN R. REDMOND
Assistant United States Attorney
131 Clayton Street
Montgomery, AL 36104
Phone: (334)223-7280
Fax: (334)223-7138
E-mail: susan.redmond@usdoj.gov