IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. <u>2:07-cr-320-MHT</u> |
| | ) | |
| JERMAINE BRADLEY SMITH | ) | |
| | ) | |

<u>PETITION FOR WRIT OF HABEAS CORPUS AD TESTIFICANDUM</u>

Comes now the United States of America, by and through its Attorney for the Middle District of Alabama, and represents and shows unto the Court that the testimony of MELVIN PAYNE is material and necessary in a criminal matter pending in this Honorable Court and that said witness is now in the custody of Montgomery Detention Facility, Montgomery, Alabama, and that said criminal matter is set for a revocation hearing in this Honorable Court at Montgomery, Alabama, on August 19, 2008, at 10:00 a.m.

WHEREFORE, the United States Attorney prays that your Honor will direct the Clerk of this Court to issue a WRIT OF HABEAS CORPUS AD TESTIFICANDUM addressed to Montgomery Detention Facility, Montgomery, Alabama, commanding him to deliver said prisoner MELVIN PAYNE to any United States Marshal or Deputy United States Marshal and directing said Marshal or Deputy to bring said prisoner before this Honorable Court to be held at Montgomery, Alabama, on August 19, 2008, at 10:00 a.m.

Respectfully submitted this the 8th day of August, 2008.

>LEURA G. CANARY
>UNITED STATES ATTORNEY
>
>s/Susan R. Redmond
>SUSAN R. REDMOND
>Assistant United States Attorney
>131 Clayton Street
>Montgomery, AL 36104
>Phone: (334)223-7280
>Fax: (334)223-7138
>E-mail: susan.redmond@usdoj.gov

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:07-cr-320-MHT |
| | ) | |
| JERMAINE BRADLEY SMITH | ) | |

CERTIFICATE OF SERVICE

I hereby certify that on August 8, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Federal Defenders Office.

                                                   Respectfully submitted,

                                                 s/Susan R. Redmond
                                                 SUSAN R. REDMOND
                                                 Assistant United States Attorney
                                                 131 Clayton Street
                                                 Montgomery, AL 36104
                                                 Phone: (334)223-7280
                                                 Fax: (334)223-7138
                                                 E-mail: susan.redmond@usdoj.gov

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | CR. NO. 2:07-cr-320-MHT |
| | ) | |
| JERMAINE BRADLEY SMITH | ) | |

O R D E R

Upon consideration of the motion for writ of habeas corpus ad testificandum (Doc.#), filed August 8, 2008, and for good cause shown, it is

ORDERED that the motion is GRANTED.  The Clerk of this Court is hereby DIRECTED to issue a WRIT OF HABEAS CORPUS AD TESTIFICANDUM addressed to Montgomery Detention Facility, Montgomery, Alabama, commanding him to deliver the said prisoner MELVIN Payne to any United States Marshal or Deputy United States Marshal and directing said Marshal or Deputy to bring said prisoner MELVIN PAYNE before this Court as a witness for a revocation hearing to be held at Montgomery, Alabama, on August 19, 2008, at 10:00 a.m.

DONE this the _____ day of August, 2008.

_____
UNITED STATES MAGISTRATE JUDGE