IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, <u>NORTHERN</u> DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | Case Number <u>2:07cr320-MHT</u> |
| | ) | |
| JERMAINE BRADLEY SMITH | ) | |

## WRIT OF HABEAS CORPUS AD TESTIFICANDUM

TO:    THE WARDEN AND/OR KEEPER OF THE        <u>MONTGOMERY DETENTION FACILITY</u>
              AT        <u>MONTGOMERY, AL</u>

and

TO:    THE UNITED STATES MARSHAL, MIDDLE DISTRICT OF ALABAMA
         OR ANY OTHER UNITED STATES MARSHAL

GREETINGS:

WE command you, that you have the body of <u>JERMAINE BRADLEY SMITH</u>, a prisoner in your institution and under your control, as it is said, under safe and secure conduct, to appear before the United States District Court for the Middle District of Alabama, at the <u>2FMJ</u> Courtroom of said Court, in the City of <u>MONTGOMERY</u>, on <u>8/19/08</u>, at <u>10:00 a.m.</u>, then and there to testify and speak the truth according to his knowledge at a revocation hearing to be held at Montgomery, AL, on 8/19/08 at 10:00 a.m., and thereafter, that you return the said prisoner to the above-named institution under safe and secure conduct.

   BY ORDER OF THE COURT.

   DONE this the <u>11th</u> day of <u>August,</u> 2008.

                                                     DEBRA P. HACKETT, CLERK
                                                     UNITED STATES DISTRICT COURT
                                                     MIDDLE DISTRICT OF ALABAMA

                                                     By: _____
                                                           Deputy Clerk