IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:07-cr-320-MHT |
| | ) | |
| JERMAINE BRADLEY SMITH | ) | |

O R D E R

Upon consideration of the motion for writ of habeas corpus ad testificandum (Doc.#19), filed August 8, 2008, and for good cause shown, it is

ORDERED that the motion is GRANTED. The Clerk of this Court is hereby DIRECTED to issue a WRIT OF HABEAS CORPUS AD TESTIFICANDUM addressed to Montgomery Detention Facility, Montgomery, Alabama, commanding him to deliver the said prisoner MELVIN PAYNE to any United States Marshal or Deputy United States Marshal and directing said Marshal or Deputy to bring said prisoner MELVIN PAYNE before this Court as a witness for a revocation hearing to be held at Montgomery, Alabama, on August 19, 2008, at 10:00 a.m.

It is further ORDERED that order entered by this court earlier on this date (Doc. #20) and the associated writ (Doc. # 21) are hereby VACATED.

Done, this 11th day of August, 2008.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
CHIEF UNITED STATES MAGISTRATE JUDGE