IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, <u>NORTHERN</u> DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | Case Number <u>2:07cr320-MHT</u> |
| | ) | |
| JERMAINE BRADLEY SMITH | ) | |

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

TO:   THE WARDEN AND/OR KEEPER OF THE     <u>MONTGOMERY DETENTION FACILITY</u>
              AT    <u>MONTGOMERY, AL</u>

and

TO:   THE UNITED STATES MARSHAL, MIDDLE DISTRICT OF ALABAMA
          OR ANY OTHER UNITED STATES MARSHAL

GREETINGS:

WE command you, that you have the body of <u>MELVIN PAYNE</u>, a prisoner in your institution and under your control, as it is said, under safe and secure conduct, to appear before the United States District Court for the Middle District of Alabama, at the <u>2FMJ</u> Courtroom of said Court, in the City of <u>MONTGOMERY</u>, on <u>AUGUST 19, 2008</u>, at <u>10:00 A.M.</u>, then and there to testify and speak the truth according to his knowledge, on the part of the <u>UNITED STATES</u>, in the above-styled cause; and thereafter, that you return the said prisoner to the above-named institution under safe and secure conduct.

BY ORDER OF THE COURT.

DONE this the <u>11TH</u> day of <u>AUGUST</u>, 2008.

DEBRA P. HACKETT, CLERK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

By: _____
Deputy Clerk