# UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

August 13, 2008

## NOTICE OF DEFICIENCY

**To:**                  **All Counsel**

**From:**            **Clerk's Office**

**Case Style:**      **USA vs. Jermaine Bradley Smith**
**Case Number:**    **2:07cr320-MHT**

**Referenced Pleading:**    **Documents #25 & 26**
                                    **Transcripts**

**A Notice of Deficiency has been filed in the above referenced case to reflect that the above referenced transcripts were filed with the incorrect style name for the defendant. The transcripts have been corrected.**