IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

**UNITED STATES OF AMERICA** )
)
   v. ) CRIMINAL ACTION NO.
)   2:07cr320-MHT
**JERMAINE BRADLEY SMITH** )

<u>ORDER</u>

Upon consideration of the agreement reached between the parties and defendant Jermaine Bradley Smith's admission of guilt as charged in the violation petition dated July 15, 2008 (Doc. No. 3), it is ORDERED as follows:

(1) Defendant Smith's supervised release, imposed on February 23, 2007, is not terminated; instead, his term of supervised release is extended one year, for a total term of two years.

(2) The conditions of supervised release are modified to include that (a) defendant Smith shall successfully complete the End Violence Effectively Now (E.V.E.N.)

Program for domestic-violence offenders and (b) defendant Smith shall have no contact, direct or indirect, with his wife without the prior approval of his supervising probation officer.

    DONE, this the 21st day of August, 2008.

                                  /s/ Myron H. Thompson
                            UNITED STATES DISTRICT JUDGE